## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **JENNIFER JONES** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 2:11-CV-3** |
| | § | |
| **WALMART STORES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this matter has been settled.  It is therefore not necessary that this cause of action remain upon the calendar of the Court.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action shall be, and is, hereby **DISMISSED WITHOUT PREJUDICE**.  Complete jurisdiction is retained to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

It is further **ORDERED** that all other pending motions not expressly granted are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 7th day of December, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE